**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| WARD ALSTON, #302-286 : | |
| : | |
| Plaintiff : | |
| : | |
| v.   : | Civil Action No.  DKC-06-3438 |
| : | |
| WARDEN : | |
| : | |
| Defendant : | |

. . . . . . .o0o. . . . . . .

**MEMORANDUM**

On December 27, 2006, Ward Alston, an inmate at the Jessup Correctional Institution, filed a civil rights complaint claiming several correctional officer had threatened his life. On January 8, 2007, the court granted Alston twenty days to supplement the complaint to provide specific factual allegations, dates, and times provided to support these serious assertions. The court also directed Alston to explain why he believed his current housing status was insufficient to adequately protect him.    The twenty-day period has elapsed and Alston has yet to file a supplement to his complaint. For this reason, the complaint will be dismissed without prejudice to future refiling.[1] A separate order follows.

__2/9/2007_____                  _____/s/_____
Date                                                 DEBORAH K. CHASANOW
                                                           United States District Judge

---

[1] If Plaintiff intends to refile his claims, he should make every effort to provide the court with specific information as to why he believes he is unsafe in protective custody/administrative segregation. He should describes any incidents, including the time, place, and names of those involved, which cause him to fear that his life is in danger.